THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* CHARLIE WARLICK, JR., Defendant-Appellant.

(No. 58143; 

First District (2nd Division)—July 10, 1973.

PER CURIAM.
DOWNING, J., took no part.

Lawrence S. Bloom, of Chicago, for appellant.

Bernard Carey, State's Attorney, of Chicago, (Kenneth L. Gillis, Mariann Twist, and Nicholas P. Iavarone, Assistant State's Attorneys, of counsel,) for the People.